**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-7962

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JEMAL WALTER WILLIAMS,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Spartanburg. Henry M. Herlong, Jr., District Judge. (7:94-cr-00210-HMH; 7:01-cv-03549)

Submitted: February 22, 2007      Decided: March 5, 2007

Before WILLIAMS, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jemal Walter Williams, Appellant Pro Se. David Calhoun Stephens, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jemal Walter Williams appeals from the district court's order denying relief on his motion for reconsideration filed pursuant to Fed. R. Civ. P. 60(b). Our review of the record discloses that this appeal is without merit. Williams has not raised any meritorious issues nor presented any evidence not previously considered by the district court as to its dismissal of Williams' 28 U.S.C. § 2255 (2000) motion as untimely. We therefore find that the district court's denial of his motion for reconsideration was not an abuse of discretion. United States v. Winestock, 340 F.3d 200, 203 (4th Cir. 2003). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED